IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GALEN INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No.:15-cv-06993 |
| | ) |
| VITTORIO GUERRIERO, M.D.; and | ) |
| LEE A. HEDRICKS, Independent | ) |
| Administrator of the ESTATE OF WALTER | ) |
| L. BRUCE, deceased, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

PLEASE BE ADVISED that on **October 26, 2015**, we caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, using the CM/ECF filing system, **Plaintiff's Answer to Defendant's Counterclaim,** contemporaneously filed hereto.

Respectfully submitted,

By: ___s/ Michelle M. Bracke_____
One of the Attorneys for Plaintiff

Michelle M. Bracke, Esq. (ARDC #: 6224533)
Kelly M. Ognibene, Esq. (ARDC #: 6297327)
LEWIS BRISBOIS BISGAARD & SMITH, L.L.P.
550 W. Adams Street, 3rd Floor
Chicago, Illinois 60661
Ph. 312.345.1718
Fax: 312.345-1778
Michelle.bracke@lewisbrisbois.com
Kelly.Ognibene@lewisbrisbois.com

### Certificate of Service

I hereby certify that on October 26, 2015, I electronically filed and served the foregoing with the Clerk of the U.S. District Court for the Northern District of Illinois, using the CM/ECF filing system. All parties of record receive electronic notification and access of such filing.

___s/ Michelle M. Bracke_____

4831-7740-1130.1