UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Galen Insurance Company

                          Plaintiff,

v.                                                   Case No.: 1:15–cv–06993
                                                                           Honorable John J. Tharp Jr.

Vittorio Guerriero, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 1, 2018:

       MINUTE entry before the Honorable John J. Tharp, Jr:For the reasons stated in the Court's Memorandum Opinion [40], this case is stayed pending further order. The parties are directed to notify the Court promptly upon the conclusion of the liquidation proceedings. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.