IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GALEN INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 15-cv-06993 |
| ) | |
| VITTORIO GUERRIERO, MD., LEE A. ) | |
| HEDRICKS, Independent Administrator ) | |
| of the ESTATE OF WALTER L. BRUCE, ) | |
| deceased, ) | |
| ) | |
| Defendants. ) | |

STATUS REPORT

Pursuant to Order of the Court, the parties offer the following status report concerning the liquidation proceeding involving Galen Insurance Company.

NATURE OF THE CASE

1. This case involves an action for declaratory judgment filed by Galen Insurance Company seeking rescission of the policy of insurance issued to Dr. Guerriero. Dr. Guerriero responded by filing a counterclaim for breach of insurance contract against Galen for failing to provide him with a defense in the underlying Hedricks case. During pendency of the above case between Galen and Dr. Guerriero, Galen Insurance Company was declared insolvent and was placed in liquidation.

2. Galen Insurance Company is represented by Michelle M. Bracke, Lewis Brisbois Bisgaard & Smith, LLP.

3. Dr, Guerriero is represented by Patrick R. Grady and Elizabeth Ann Lembeck (now Soto), Wolfe & Jacobson, Ltd.

## STATUS OF LIQUIDATION

4. Dr. Guerriero filed his Proof of Claim for the Galen Liquidation. Counsel for Dr. Guerriero sought status of Dr. Guerriero's claim from Receivership Counsel who replied in correspondence of June 5, 2020. Receivership Counsel advised the Liquidator continues to administer the Galen Insurance Company estate, the liquidation continues and that Dr. Gierriero will be notified when a determination is made concerning his claim.

5. As of the date of this Report, Dr. Gierriero has not received notification concerning his claim.

6. The Third Annual Report of the Director of the Missouri Department of Commerce and Insurance is the most recent Annual Report. See Third Annual Report, a true and correct copy of which is attached hereto. As of the Third Annual Report (May 28, 2020), 21 of the 100 timely filed claims have been adjudicated. See Third Annual Report, p. 5.

7. The Director of the Missouri Department of Commerce and Insurance has not issue the Fourth Annual Report. See insurance.mo.gov/galen/pleadings-notices.php.

| | |
|---|---|
|     /s/ Michelle M. Bracke |     /s/ Patrick R. Grady |
| Lewis Brisbois Bisgaard & Smith LLP | Wolfe & Jacobson, Ltd. |
| 550 W. Adams St. | 25 East Washington St. |
| 3rd Floor | Suite 700 |
| Chicago, Illinois 60601 | Chicago, Illinois 60602 |
| 312-345-1718 | 312-855-0500 |
| Michelle.bracke@lewisbrisbois.com | pgrady@wj-attorneys.com |