## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Galen Insurance Company

                              Plaintiff,

v.                                                           Case No.: 1:15−cv−06993
                                                                Honorable John J. Tharp Jr.

Vittorio Guerriero, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, November 23, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr.: The parties having twice failed to file the required status report [57] [58], and the Court having reviewed the Missouri Department of Insurance's web site for Pleadings/Notices re the Galen Insurance Company liquidation proceedings, which reflects no activity since 5/31/20, this case is dismissed without prejudice. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.